COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| JERRY CARBAJAL, | | No. 08-11-00174-CR |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 120th District Court |
| | § | |
| THE STATE OF TEXAS, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC# 20100D04371) |
| | § | |

## MEMORANDUM OPINION

The trial court certified that this is a plea-bargain case and that Appellant has no right of appeal. We requested that the parties submit letter briefs addressing whether the certification is correct. Counsel for Appellant and for the State agree that the certification is correct. Moreover, we have reviewed the record and concur with the conclusion of counsel and the trial court that Appellant has no right to appeal. Accordingly, the appeal is dismissed. *See* TEX. R. APP. P. 25.2(a)(2), (d).


GUADALUPE RIVERA, Justice

August 31, 2011

Before Chew, C.J., McClure, and Rivera, JJ.

(Do Not Publish)